IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JERRY ELROD | : | |
| Plaintiff, | : | |
| vs. | : | CA 15-00307-C |
| DOLGENCORP, LLC, | : | |
| Defendant. | : | |

## FINAL JUDGMENT

For the reasons set out in the MEMORANDUM OPINION AND ORDER dated February 9, 2017 and filed this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion of the Defendant, Dolgencorp, LLC, for judgment as a matter of law is hereby granted, and this action is dismissed with prejudice at the cost of the Plaintiff.

**DONE** this the 9th day of February 2017.

    s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**